IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                      CASE NO. 1:05-cr-00007-MP-AK

DONALD CLAYTON TOWNS,

    Defendant.
_____/

## **O R D E R**

This matter was referred to the undersigned after the entry of Doc. 26, Order of Disqualification by Judge Mickle. A status teleconference was held on Friday, April 29, 2005. As stated during the conference, this case is ready for sentencing. Sentencing is therefore set for Friday, June 24, 2005 at 10:30 a.m.

    **DONE AND ORDERED** this  _3rd_  day of May, 2005

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge