**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Sheryl L. Loesch                                    Sue Rigan, Division Manager
Clerk

September 16, 2008

Clerk, United States District Court
Northern District of Florida
401 SE First Avenue, Room 243
Gainesville, FL 32601

RE:   Case Number: 3:08-cr-320-J-34JRK
      Style of Case: <u>UNITED STATES OF AMERICA -vs- DONALD CLAYTON TOWNS</u>
      Your Case No.: 1:05-CR7-001

Dear Sir/Madam:

Enclosed is an original Order Accepting Jurisdiction of Supervised Releasee entered by the Honorable Marcia Morales Howard, United States District Judge.

Please forward certified copies of the Indictment, Judgment, docket sheet and all relevant documents from your Court file at your earliest convenience.

Thank you for your courtesy.

SHERYL L. LOESCH, CLERK

By: _____
Donna Howard, Deputy Clerk

Enc.

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 1:05CR7-001 |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:08cr320J-34RK |
| | 2008 SEP 16 AM 10: 54 | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | DIVISION |
| Donald Clayton Towns 432 N.W. Irene Ln. Lake City, Florida | Florida Northern | | Gainesville |
| | NAME OF SENTENCING JUDGE The Honorable Maurice M. Paul | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 8, 2008 | TO February 7, 2011 |

**OFFENSE**

Unlawful Use of a Weapon of Mass Destruction, in violation of 18 U.S.C. §1038(a)(1)(A); a Class "D" Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 21, 2008
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 10, 2008
Effective Date


*United States District Judge*



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
P. O. BOX 53558
JACKSONVILLE, FLORIDA 32201

OFFICIAL BUSINESS

CLERK, U.S. DISTRICT COURT
300 N. HOGAN STREET, SUITE 9-150
JACKSONVILLE, FL 32202